## UNITED STATES EXPRESS CO. *v.* BEDBURY.

### (April Term, 1865.)

SPECIAL MOTIONS are not considered by the court until the day following that upon which they are entered.

COUNSEL suggested that a motion was entered in this cause on yesterday, which seems not to have been disposed of.

PER CURIAM: The motions of yesterday lie over until to-day to give the opposite party an opportunity to file counter suggestions. By the twenty-third rule, all special motions are required to be in writing and filed with the clerk, together with the reasons in support thereof, at least one day before they shall be submitted to the court.

So the motions of yesterday will come before us to-day for consideration.